**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Althaf B. Shaffi Ibrahim

                                           Plaintiff,

v.                                                                Case No.: 1:16−cv−08643
                                                                         Honorable Ronald A. Guzman

Medical Diagnostics Services, Inc., et al.

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 8, 2016:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 11/8/2016. Plaintiff's counsel reports that his client has reached a settlement. This case is dismissed without prejudice with leave to reinstate within 60 days solely for the purpose of enforcing the settlement agreement. If no motion to reinstate is filed within 60 days of the date of entry of this order, the dismissal will automatically convert to a dismissal with prejudice at that time. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.